IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN RODRIGUEZ,

    Plaintiff,                          CV F 06 0464 OWW WMW   P

vs.                                 FINDING AND RECOMMENDATION RE MOTION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER  (DOC 12 )

JAMES A. YATES, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court are Plaintiff's motions for a temporary restraining order and a motion for an order to shoe cause. This action proceeds against Defendants Yates, Diaz and Beels.  Plaintiff's motion seeks a restraining order against numerous individuals not named as defendants.  Further, no defendant has been served or entered an appearance in this action.  The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court. <u>Zepeda v. United States I.N.S.</u>, 753 F.2d 719, 727 (9th Cir. 1983).

       Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motions for a temporary restraining and order to show cause order be denied.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within

1

twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   January 11, 2007**          /s/  **William M. Wunderlich**
j14hj0                              UNITED STATES MAGISTRATE JUDGE